1  MICHAEL LITTMAN
   CA State Bar # 120625
2  105 West "F" St., 4th Flr.
   San Diego, CA 92101
3  (619) 236-1030

4  Attorney for Defendant
   DIEGO COLIO-JIMENEZ

5

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9                   (Hon. Dana M. Sabraw)

10 UNITED STATES OF AMERICA,    )   Case No. 08-CR-0300-DMS
                                )
11     Plaintiff,                )   **NOTICE OF MOTIONS AND**
                                )   **MOTIONS TO COMPEL**
12 v.                           )   **DISCOVERY AND FOR LEAVE**
                                )   **TO FILE FURTHER MOTIONS**
13 DIEGO COLIO-JIMENEZ, et al.  )
                                )   DATE: March 14, 2008
14     Defendants.              )   TIME: 11:00 a.m..
                                )

15

16 To:   KAREN P. HEWITT, United States Attorney, and
         CHRISTOPHER M. ALEXANDER, Assistant United States Attorney

17        PLEASE TAKE NOTICE that as soon as counsel may be heard, the accused,

18 DIEGO COLIO-JIMENEZ, by and through his attorney of record, Michael Littman, will

19 ask this Court to enter an order granting his motions to compel discovery and for leave to

20 file further motions.

21        These motions are based upon the instant motions and notice of motions, the

22 attached statement of facts and memorandum of points and authorities, and any and all

23 other materials that may come to this Court's attention at the time of the hearing on these

24 motions.

25                                          Respectfully submitted,

26
   DATED: February 14, 2008                 s/Michael Littman
27                                          Attorney for DIEGO COLIO-JIMENEZ

28