1
KAREN P. HEWITT
United States Attorney
2
CHRISTOPHER M. ALEXANDER
Assistant U.S. Attorney
3
California State Bar No. 201352
United States Attorney's Office
4
880 Front Street, Room 6293
San Diego, California 92101-8893
5
Telephone: (619) 557-7425
Email: christopher.m.alexander@usdoj.gov
6
Attorneys for Plaintiff
7
United States of America

8                          UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No.08CR0300-DMS |
| 11 | Plaintiff, ) ) | NOTICE OF APPEARANCE |
| 12 | v. ) ) | |
| 13 | DIEGO COLIO-JIMENEZ, ) ) | |
| 14 | Defendant. ) ) | |
| 15 | _____ ) | |

16      TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17          I, the undersigned attorney, enter my appearance as co-counsel in the above-captioned case.

18          I certify that I am admitted to practice in this court or authorized to practice under CivLR

19      83.3.c.3-4.

20          The following government attorneys (who are admitted to practice in this court or authorized

21      to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22      counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23      activity in this case:

24          Name (If none, enter "None" below)

25          None

26

27

28

1        Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        <u>Name</u> (If none, enter "None" below)

6        None

7        Please call me if you have any questions about this notice.

8        DATED: March 20, 2008

                                        Respectfully submitted,

9                                            KAREN P. HEWITT

10                                           United States Attorney

11                                           *s/Christopher M. Alexander*

                                        _____

12                                           CHRISTOPHER M. ALEXANDER

                                        Assistant United States Attorney

13                                           Attorneys for Plaintiff

                                        United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Notice of Appearance
    United States v. Colio-Jimenez                                  08cr0300-DMS

28                                               2

1

2                              UNITED STATES DISTRICT COURT

3                            SOUTHERN DISTRICT OF CALIFORNIA

4    UNITED STATES OF AMERICA,              )    Case No. 08CR0300-DMS
                                            )
5                    Plaintiff,             )
                                            )
6            v.                             )
                                            )    CERTIFICATE OF SERVICE
7    DIEGO COLIO-JIMENEZ,                    )
                                            )
8                                           )
                                            )
9                    Defendant.             )
                                            )

10

11   IT IS HEREBY CERTIFIED THAT:

12       I, CHRISTOPHER M. ALEXANDER,  am a citizen of the United States and am at least

13   eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California

14   92101-8893.

15       I am not a party to the above-entitled action.  I have caused service of the Notice of

16   Appearance on the following parties by electronically filing the foregoing with the Clerk of the

17   District Court using its ECF System, which electronically notifies them.

18   1.   Michael Littman mlittman@mlittmanlaw.com, mlittman@cox.net

19       I hereby certify that I have caused to be mailed the foregoing, by the United States Postal

20   Service, to the following non-ECF participants on this case:

21   the last known address, at which place there is delivery service of mail from the United States

22   Postal Service.

23       I declare under penalty of perjury that the foregoing is true and correct.

24       Executed on March 20, 2008
                                             *s/Christopher M. Alexander*
25                                           CHRISTOPHER M. ALEXANDER

26

     Notice of Appearance
27   United States v. Colio-Jimenez                                    08cr0300-DMS

28