```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER M. ALEXANDER
    Assistant United States Attorney
 3  California State Bar No. 201352
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-7425
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

FILED
APR 1 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr0300-DMS |
| Plaintiff, | STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON |
| v. | |
| DIEGO COLIO-JIMENEZ (1), JOAQUIN CHAVEZ-CARBAJAL (2), | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christopher M. Alexander, Assistant United States Attorney, and defendant JOAQUIN CHAVEZ-CARBAJAL, by and through and with the advice and consent of defense counsel, John Ellis, Esq., that:

1. Defendant agrees to enter into this stipulation and to participate in a full and complete inquiry by the Court into whether Defendant knowingly, intelligently, and voluntarily entered into it. Defendant agrees to plead guilty to Count 1 of the Indictment charging Defendant with a mandatory minimum count of Bringing in an Illegal Alien for Financial Gain, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2.

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original agreement to the United States not later than noon on April 14, 2008.

3. Defendant agrees to plead guilty to Count 1 pursuant to the plea agreement on or before 5:00 p.m. on April 17, 2008.

4. Material Witnesses Erika Barcia-Martinez, Cecilia Lozano-Velasquez, Damian Garcia-Garcia, and Jane Doe:

   a. Are aliens with no lawful right to enter or remain in the United States;

   b. Entered or attempted to enter the United States illegally on January 22, 2008;

   c. Were found in a vehicle in which Defendant was a guide and that Defendant knew or acted in reckless disregard of the fact that the individuals were aliens with no lawful right to enter or remain in the United States;

   d. The aliens were paying money to Defendant's employers to be brought into the United States illegally and transported illegally to their destination therein; and,

   e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this motion, if Defendant does not plead guilty to the charge set forth above, Defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

   b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witnesses provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of unavailable witnesses; and,

   c. Understanding that under Crawford v. Washington, 541 U.S. 36 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness who made the

Stipulation and Joint Motion for Release of
Material Witnesses And Order Thereon in
United States v. Colio-Jimenez, et al.                2                                08CR0300-DMS

"testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witnesses in this case.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witnesses to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 4/18/08

CHRISTOPHER M. ALEXANDER
Assistant United States Attorney

Dated: 4/15/08

JOHN ELLIS
Defense Counsel for
JOAQUIN CHAVEZ-CARBAJAL

Dated: 4/15/08

JOAQUIN CHAVEZ-CARBAJAL
Defendant

## ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 4/18/08

United States Magistrate Judge

Stipulation and Joint Motion for Release of Material Witnesses And Order Thereon in United States v. Colio-Jimenez, et al.

3

08CR0300-DMS