UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Colio-Jimenez<br><br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) | CRIMINAL NO. 08MJ0746<br>08CR0300-DMS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as ~~a material witness~~ be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

JANE DOE
aka: Nieves Montano-Salas
aka: Nieves Salas-Avalos

DATED: 4/18/08

*NOT IN USM CUSTODY
M/W ARR BY US BORDER PATROL

RECEIVED _____ /s/ _____
                    DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
      Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082