MICHAEL LITTMAN
CA State Bar # 120625
105 West "F" St., 4th Flr.
San Diego, CA 92101
(619) 236-1030

Attorney for Defendant
DIEGO COLIO-JIMENEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-0300-DMS |
| Plaintiff, ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. ) | |
| DIEGO COLIO-JIMENEZ, et al. ) | |
| Defendants. ) | |

The defendants, DIEGO COLIO-JIMENEZ and JOAQUIN CHAVEZ-CARBAJAL, are currently in custody and scheduled to have a sentencing hearing in the above-entitled matter on July 11, 2008 at 9:00 a.m. Counsel for DIEGO COLIO-JIMENEZ and JOAQUIN CHAVEZ-CARBAJAL as well as government counsel believe it would be in the interests of justice to continue the sentencing hearing in this matter in order to further discuss this matter and prepare which may result in a more favorable sentencing in this matter.

Therefore, the parties jointly request and agree as follows:

1. The defendants' sentencing hearings shall be continued from July 11, 2008 at 9:00 a.m. to August 15, 2008 at 9:00 a.m.

2. The time is excludable pursuant to the Speedy Trial Act.

1
2                                             Respectfully submitted,
3
4   DATED: July 3, 2008                       s/Michael Littman
                                              Attorney for Defendant
5                                             DIEGO COLIO-JIMENEZ

6   DATED: July 3, 2008                       s/John C. Ellis, Jr.
                                              Attorney for Defendant
7                                             JOAQUIN CHAVEZ-CARBAJAL
8
9                                             KAREN P. HEWITT, U.S. ATTORNEY
10
11  DATED: July 3, 2008                       BY:s/Christopher Alexander
                                              Assistant U.S. Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28