UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-0300-DMS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. | |
| DIEGO COLIO-JIMENEZ, et al. | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Sentencing Hearings in the above-entitled matter shall be continued from July 3, 2008 at 9:00 a.m. to August 15, 2008 at 9:00 a.m..

**IT IS FURTHER ORDERED** that time is excluded pursuant to the Speedy Trial Act.

**SO ORDERED.**

DATED: July 7, 2008

_____
HON. DANA M. SABRAW
United States District Judge